UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EXETER REAL ESTATE HOLDING, LLC, a/k/a EREH, LLC,
*Plaintiff,*

v.

THE TOWN OF EXETER, by and through RICHARD D. WALKER, as Treasurer of the Town of Exeter, and the TOWN OF EXETER TOWN COUNCIL, by and through its members, and CALVIN A. ELLIS, individually, and ROBERT E. JOHNSON, Jr., individually, and KENNETH L. FERNSTROM, and WILLIAM P. MONAHAN, individually, and DONALD R. STALEY, individually,
*Defendants.*

CA 07 270 ML

*{R.I. Superior Court, C.A. No. WC07-0372}*

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, defendants allege as follows:

1. Defendants—The Town of Exeter, by and through Richard D. Walker, as Treasurer of the Town of Exeter, and the Town of Exeter Town Council, by and through its members, and Calvin A. Ellis, individually, and Robert E. Johnson, Jr., individually, and Kenneth L. Fernstrom, and William P. Monahan, individually, and Donald R. Staley, individually, ("Defendants")—are defendants in a civil action filed in the Washington County Superior Court entitled, *Exeter Real Estate Holding, LLC v. The Town of Exeter, et al., C.A. No. WC07-0372.*

2. Attached hereto, as Exhibit A, is a copy of the complaint (excluding extensive attachments) filed in the case being removed, pursuant to Local Civil Rule 81(a).

3. Upon information and belief, the complaint in the above described case was served on defendants on or about June 19, 2007 and therefore, within thirty (30) days of filing this Notice of Removal. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

4. The above described action, as stated in plaintiff's complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d). .

5. This Notice of Removal is filed on behalf of all defendants in this matter.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within ten (10) days after filing this Notice of Removal, defendants shall file certified or attested copies of the docket sheets and all documents filed in the state court case, pursuant to Local Civil Rule 81(b).

Defendants,
By their attorneys,

Michael A. DeSisto (#2444)
Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com
marc@desistolaw.com

And,

/s/ James P. Marusak MAD

James P. Marusak
Solicitor, Town of Exeter
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
jpm@gsm-law.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Removal was mailed, postage prepaid, on this 17th day of July, 2007, to:

Eric Everett, Esq. (#7444)
Michael T. Faraci, Esq. (#7067)
DarrowEverett, LLP
One Turks Head Place
Providence, RI 02903
(401) 453-1200
(401) 453-1201 fax