UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXETER REAL ESTATE HOLDING, LLC, a/k/a EREH, LLC, *Plaintiff,* | |
| v. | C.A. No. 07-270ML |
| THE TOWN OF EXETER, by and through RICHARD D. WALKER, as Treasurer of the Town of Exeter, et al., *Defendants.* | |

**SUPPLEMENT TO DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to paragraph 8 of Defendants' Notice of Removal, filed on July 16, 2007, and in accord with Local Civil Rule 81(b), attached hereto is a complete and certified copy of the Washington County Superior Court record entitled, *Exeter Real Estate Holding, LLC v. The Town of Exeter, et al., C.A. No. WC07-0372.*

Defendants,
By their attorneys,

Michael A. DeSisto (#2444)
Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com
marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Supplement to the Notice of Removal was mailed, postage prepaid, on this 18th day of July, 2007, to:

Eric Everett, Esq. (#7444)
Michael T. Faraci, Esq. (#7067)
DarrowEverett, LLP
One Turks Head Place
Providence, RI 02903
(401) 453-1200
(401) 453-1201 fax

James P. Marusak
Solicitor, Town of Exeter
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
jpm@gsm-law.com

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2007-0372 EREH LLC V TOWN OF EXETER

Filing Date: 06-06-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 07-17-2007

| | | |
|---|---|---|
| Plaintiff: | EXETER REAL ESTATE HOLDING LLC<br>ID: @10909948 | Attorney: ERIC EVERETT<br>Attorney: MICHAEL FARACI |
| Defendant: | TOWN OF EXETER<br>ID: EXETER | Attorney: JAMES MARUSAK |
| Defendant: | CALVIN ELLIS<br>ID: @10913608 | Attorney: JAMES MARUSAK |
| Defendant: | ROBERT JOHNSON<br>ID: @10913609 | Attorney: JAMES MARUSAK |
| Defendant: | KENNETH FERNSTROM<br>ID: @10913610 | Attorney: JAMES MARUSAK |
| Defendant: | WILLIAM MONAHAN<br>ID: @10913611 | Attorney: JAMES MARUSAK |
| Defendant: | DONALD STALEY<br>ID: @10913612 | Attorney: JAMES MARUSAK |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-06-2007 | COMPLAINT FILED | |
| 06-06-2007 | INITIAL FILING FEE | |
| 06-06-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCW35221. |
| 06-29-2007 | ANSWER FILED | ALL DEFTS TO COMPLAINT<br>Affiliated: TOWN OF EXETER |
| 07-17-2007 | NOTICE OF REMOVAL | TO US DISTRICT COURT CA 07 270ML |
| 07-17-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island