UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EXETER REAL ESTATE HOLDING, LLC, a/k/a EREH, LLC
Plaintiff

v.

CA. No: 07-270ML

THE TOWN OF EXETER by and through RICHARD D. WALKER, as Treasurer of the Town of Exeter, et al.

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of EXETER REAL ESTATE HOLDING, LLC, a/k/a EREH, LLC.

Amy Page Oberg, Esq. (#5366)
DARROWEVERETT, LLP
One Turks Head Building, Suite 500
Providence, RI 02903
Tel: (401) 453-1200
Fax: (401) 453-1201
aoberg@darroweverett.com
Dated: 10.3.07

CERTIFICATION

I certify that I mailed a copy of this Entry of Appearance to counsel of record on the 4th day of October 2007 as follows:

Michael A. DeSisto
Marc DeSisto
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02903

James P. Marusak
Solicitor, Town of Exeter
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Building, Suite 900
Providence, RI 02903

Cara Luciano