UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EXETER REAL ESTATE HOLDING, LLC,
a/k/a EREH, LLC
Plaintiff

v.

THE TOWN OF EXETER by and through RICHARD D. WALKER, as Treasurer of the Town of Exeter, et al.

CA. No: 07-270ML

## STIPULATION OF DISMISSAL

The parties hereby agree and stipulate that the Plaintiff, Exeter Real Estate Holding, LLC a/k/a EREH, LLC, dismisses the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1). Each party further agrees that it shall be responsible for its own costs and fees incurred in this matter.

Enter: Mary M. Lisi USDJ 10/10/07

**Plaintiff,**
By its Attorneys,

Amy Page Oberg

Amy Page Oberg, Esq. (#5366)
Eric Everett, Esq. (#7444)
Michael T. Faraci, Esq. (#7067)
DARROWEVERETT, LLP
One Turks Head Building, Suite 500
Providence, RI 02903
Tel:
Tel: (401) 453-1200
Fax: (401) 453-1201
aoberg@darroweverett.com
eeverett@darroweverett.com
mfaraci@darroweverett.com

Dated: 10-3-07

**Defendants,**
By their Attorneys,

Michael A. DeSisto

Michael A. DeSisto (#2444)
Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02903
(401) 272-4442
Fax: (401) 272-9937
michael@desistolaw.com
marc@desistolaw.com

Dated: 10-1-07